IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNMARIE WATSON,<br>    Plaintiff,<br><br>v.<br><br>BOSTON MARKET CORPORATION,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 17-5648 |

### O R D E R

**AND NOW**, this 22nd day of March, 2019, upon consideration of Defendant, Boston Market Corporation's Motion for Summary Judgment (Document No. 31, filed February 8, 2019), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Document No. 32, filed February 22, 2019), and Defendant, Boston Market Corporation's Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Document No. 33, filed March 14, 2019), for the reasons set forth in the accompanying Memorandum dated March 22, 2019, **IT IS ORDERED** that the Motion for Summary Judgment is **GRANTED**. **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Boston Market corporation, and **AGAINST** plaintiff, Annmarie Watson.

  **IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

                 BY THE COURT:

                 /s/ Hon. Jan E. DuBois
                 _____
                   DuBOIS, JAN E., J.